UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Rifka Kaff
   Plaintiff,

v.                CASE NO.: 3:22-cv-48

ARS National Services, Inc.
   Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL**

  IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action specifically with regard to the Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: April 6, 2022             Respectfully Submitted,

                      /s/Yaakov Saks
                      Yaakov Saks, Esq.
                      **Stein Saks, PLLC**

It is further ordered tha the Clerk of the Court is directed to reopen this action and upon entry of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:

_____
Freda L. Wolfson, U.S.C.D.J.  4/7/2022

One University Plaza
Hackensack, NJ 07601
Ysaks@steinsakslegal.com
Tel. 201-282-6500
Fax 201-282-6501
*Attorneys for Plaintiff*

## Certificate of Service

  I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 6th day of April, 2022      Respectfully Submitted,

                */s/ Yaakov Saks*
                Yaakov Saks